

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT,
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

Case No.: 12-24954 FC (04 (28)
Division: <ins>FAMILY</ins>

IN RE THE MARRIAGE OF:
ISIELA M. GARCIA,
    Wife,
and

MANUEL L. SANTAMARIA,
    Husband
_____/

**MARITAL SETTLEMENT AGREEMENT**





## ARTICLE III REAL ESTATE

### The MARITAL HOME

3.1 There exists certain real property in which one or both parties may claim an interest, herein referred to as the "MARITAL HOME," located at 13791 S.W. 14 Street, Miami, FL 33184.

3.2 There is a mortgage owing to Chase secured by said property, with a current balance of approximately $192,750.00. As of October 1, 2012, the party receiving the property shall assume said mortgage, and shall indemnify and hold Wife and their property harmless from any failure to pay the same.

**3.3 The parties agree that the marital home shall be for the benefit of the children. Both parties agree that they must mutually agree to sell the home in the future. Both parties shall sign a listing agreement and agree regarding the sale price of the home. Both parties shall equally divide the proceeds of such a sale after payment of all debts and closing costs.**

