EXHIBIT "C"

**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

Abril 19, 2018 a Mayo 17, 2018
Número De Cuenta: ███████2680

00026289 DRE 021 219 13818 NNNNNNNNNNN
ISIELA M GARCIA
13553 SW 8TH LN
MIAMI FL 33184-1879

Página 1 de 6