**EXHIBIT "D"**

| Form **1040A** | Department of the Treasury - Internal Revenue Service<br>**U.S. Individual Income Tax Return** (99) | 2017 | IRS Use Only - Do not write or staple in this space. |
|---|---|---|---|

| Your first name and initial | Last name | OMB No. 1545-0074 |
|---|---|---|
| ISIELA M | GARCIA | **Your social security number** ▮▮▮ |
| If a joint return, spouse's first name and initial | Last name | **Spouse's social security number** |

| Home address (number and street). If you have a P.O. box, see instructions. | Apt. no. | ▲ Make sure the SSN(s) above and on line 6c are correct. |
|---|---|---|
| 13553 SW 8TH LANE | | |

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).

Miami    FL    33184

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking