**EXHIBIT "E"**

| Form **1040** | Department of the Treasury—Internal Revenue Service (99) U.S. Individual Income Tax Return | **2016** | OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space. |

For the year Jan. 1–Dec. 31, 2016, or other tax year beginning _____ , 2016, ending _____ , 20 ___   See separate instructions.

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| ISIELA M | GARCIA CALDERIN | ■■■■■ |

If a joint return, spouse's first name and initial | Last name | Spouse's social security number

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no.
2506 SW 156 CT

▲ Make sure the SSN(s) above and on line 6c are correct.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
MIAMI FL 33185

**Presidential Election Campaign**
Check here if you, or your spouse if filing...

*COPY*