IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN THE MATTER OF:                    CASE NO. 18-17129-LMI

ISIELA M. GARCIA                     CHAPTER 7

Debtor,
_____/

## MOTION TO AVOID JUDICIAL LIEN OF DISCOVER BANK ON REAL PROPERTY

The Debtor, **ISIELA M. GARCIA** (hereinafter referred to as "Debtor"), by her counsel, respectfully moves this Court for order avoiding judicial lien on real property, and in support thereof would show as follows:

1. On June 14, 2018, the Debtor filed a voluntary petition for relief under Chapter 7 of title 11 of the United States Code.

2. This Court has jurisdiction over this motion, filed pursuant to 11 U.S.C §522(f) to avoid and cancel a judicial lien held by Discover Bank on real property exempted as the Debtor's homestead where her minor daughter still resides.

3. The Debtor's homestead property address is 13791 SW 14th Street, Miami, FL 33184. The homestead property's legal description is as follows:

> LOT 22, BLOCK 82, OF WEST MIAMI PART TWO , ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 14, AT PAGE 3, OF THE PUBLIC RECORDS OF MAMI-DAE COUNTY, FLORIDA

4. On October 30, 2017, DISCOVER BANK., recorded a default final judgment and/or judicial lien against the Debtor's homestead located at 13791 SW 14th Street, Miami, FL 33184. Said judicial lien is recorded in Book

30736 Page 1876; in the public records of Miami-Dade County, Florida, and the lien is attached hereto as Exhibit "A".

5. Debtor's interest in the subject real property is fully exempt in the pending bankruptcy case.

6. The existence of DISCOVER BANK lien on Debtor's real property impairs exemptions to which the Debtor would be entitled under 11 U.S.C § 522(b).

**WHEREFORE,** the Debtor ISIELA M. GARCIA respectfully moves this court to enter an order avoiding and canceling the above-referred judicial lien in the above mentioned property, and for such additional or alternative relief as may be just and proper.

/s/ Ricardo Corona, Esq.
RICARDO CORONA, ESQ.
Florida Bar No.: 111333
3899 NW 7 Street, Suite 202-B
Miami, FL  33126
Tel: (305) 266-1150
Fax: (888) 554-5607
e-mail:  bk@coronapa.com

## CERTIFICATE OF SERVICE

I certify that a true copy of the above Motion was served on the  6  day of  September, 2019 to all parties listed on the attached Mailing Matrix and all others set forth in the NEF.

CORONA LAW FIRM, P.A.

/s/ Ricardo Corona, Esq.
RICARDO CORONA, ESQ.
Florida Bar No.: 111333
3899 NW 7 Street, Suite 202-B

Miami, FL  33126
Tel: (305) 547-1234
e-mail:  bk@coronapa.com

**Credit Mailing Matrix**
**Case No.: 18-17129-LMI**

**Office of US Trustee**
51 SW 1st Avenue, Ste 1204
Miami, FL 33130

**Sent by U.S. Mail**
**Marcia T. Dunn, Chapter 7 Trustee**
66 West Flagler Street, Ste 400
Miami, FL 33130

**Sent by U.S. Mail**
Isiela M. Garcia
13553 SW 8th Lane
Miami, FL 33184

**Sent by Email**
Joshua C. Kligler, Esq
Dunn Law PA
Counsel for Chapter 7 Trustee, Marcia T. Dunn
66 West Flagler Street, Suite  400
Miami, FL 33132
Email: joshua.kligler@dunnlawpa.com

**Sent by Certified U.S. Mail**
Roger Hochschild – President & CEO
Discover Bank
502 E. Market Street
Greenwood, Delaware 19950

**Sent by U.S. Mail**
Discover Bank
c/o Discover Products, Inc.
6500 New Albany Road
New Albany, OH 43054

**Sent by U.S. Certified Mail**
Roger Hochschild – President
Discover Bank

c/o Discover Products, Inc.
2500 Lake Cook Rd
Riverwoods, IL 60015

**Sent by U.S. Mail**
Discover Products, Inc.
CT Corporation Systems – Registered Agent
1200 South Pine Island Road
Plantation, FL 33324

**Sent by Email**
**Zwicker & Associates, P.C.**
700 W. Hillsboro Blvd
Bldg 2, Suite 201
Deerfield Beach, FL 33441
Email: Southflalitigation@zwickerpc.com