

**ORDERED in the Southern District of Florida on October 8, 2019.**

Laurel M. Isicoff
**Chief United States Bankruptcy Judge**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                           CASE NO.: 18-17129-LMI

ISIELA M. GARCIA                                 CHAPTER 7

    Debtors,
_____/

## ORDER GRANTING MOTION TO AVOID JUDICIAL LIEN OF DISCOVER BANK ON REAL PROPERTY, DE 40

**THIS CAUSE** having come before the court on October 3, 2019, at 10:30 am (recalled from 9:30 am) upon the Debtor's Motion to Avoid Judicial Lien of Discover Bank on Real Property ( DE 40 ), having been advised on the premises, this court having considered the basis for the motion, and no opposition being heard, hereby **ORDERED** as follows:

1. The Motion to Avoid Judicial Lien of Discover Bank, DE 40, on Debtor's homestead property located at 13791 SW 14th Street, Miami, FL 33184 with the legal description of

   > LOT 22, BLOCK 82, OF WEST MIAMI PART TWO, ACCORDING TO THE PLAT, THEREOF, AS RECCORDED IN PLAT BOOK 14, AT PAGE 3, FO THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA

   is hereby **GRANTED**.

2. The judicial lien of Discover Bank recorded in Book 30736, Page 1876, in the public records of Miami-Dade County, Florida, is hereby avoided and cancelled.

\*\*\*

**Submitted by:**

RICARDO CORONA, ESQ.
Florida Bar No. 111333
3899 NW 7 Street
Second Floor
Miami, FL 33126
(305) 547-1234 Phone

Movant shall serve a copy of this order on all interested parties and file a certificate of service with the Clerk of the Court.